UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
        :
MERON ABRAHALEY TESFAMIKAEL,        :
        :
      Petitioner,        :
        :    20-CV-2117 (JMF)
   -v-        :
        :    ORDER
THOMAS DECKER, *as District Director of New York,*    :
*Immigration and Customs Enforcement*, et al.,        :
        :
      Respondents.        :
        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record during today's hearing, unless and until the Court orders otherwise, Petitioner's removal is administratively stayed for two weeks to allow the Court to consider the application for a broader stay. During that period, Petitioner shall not be removed from Hudson County Correctional Facility, where Petitioner is currently detained. To be clear, Petitioner may not be removed from *either* the United States *or* the jurisdiction of the United States Immigration and Customs Enforcement's New York Field Office.

      Petitioner shall electronically file all documents — including the petition for a writ of habeas corpus, the emergency application for a temporary restraining order, the memorandum of law in support of the restraining order, Ms. Chua's declaration, and all other related papers— no later than **March 11, 2020** at **5:00 p.m.** Respondents shall file any opposition to Petitioner's application for an emergency stay, either as an opposition brief or a motion to dismiss, no later than **noon** on **March 13, 2020**. Petitioner shall file any reply no later than **March 17, 2020** at **5:00 p.m.** The parties shall appear for a hearing with the Court on **March 20, 2020** at **2:00 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street.

      SO ORDERED.

Dated: March 10, 2020
      New York, New York
                                    JESSE M. FURMAN
                                    United States District Judge